UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Jointly Administered |
| | Chapter 11 Cases |
| Stinar HG, Inc., Case No. 17-31670 | Under Case No. 17-31670 (KHS) |
| Oakridge Holdings, Inc., Case No. 17-31669 | |
| Debtor. | |

_____

**SIGNATURE BANK'S OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT AND PROPOSED PLAN DATED APRIL 16, 2018**
_____

TO:    ALL PARTIES IN INTEREST PURSUANT TO LOCAL RULE 3020-1

1.    Minnesota Bank & Trust, f/k/a Signature Bank ("Signature Bank"), responds and objects to Debtor Stinar HG, Inc.'s disclosure statement dated April 16, 2018 and filed in this case as docket number 87 and also to the proposed plan filed as docket number 86.

2.    The Court will hold a hearing on approval of Debtor's disclosure statement at 10:30 a.m. on June 6, 2018, before the Honorable Kathleeen H. Sanberg in Courtroom 8 West, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard.

3.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, Bankruptcy Rule 5005, and Local Rule 1070-1. This is a core proceeding. The petition commencing this case was filed on May 22, 2017. This case is now pending in this Court.

4.    This objection arises under 11 U.S.C. § 1125, Bankruptcy Rule 3016, and Local Rule 3020-1.

5.    Signature Bank objects that the disclosure statement and proposed plan are ambiguous as to whether the plan proposes to change the date of the balloon payment scheduled for January 2023 for Signature Bank's Loan number 5802. Signature Bank further objects to the extent that that the disclosure statement and proposed plan could extend the date of the balloon payment.

6.  Signature Bank objects to the disclosure statement and proposed plan to the extent that the disclosure statement and proposed plan fail to explicitly provide for post-petition fees, costs and charges that should be permitted pursuant to § 506(b) and the terms of the loan agreements.

Respectfully submitted,

Dated:  April 24, 2018

By: /s/ Karl J. Johnson
Karl J. Johnson #0391211
Hellmuth & Johnson, PLLC
8050 West 78th Street
Edina, MN  55439
Tel: (952) 941-4005
kjohnson@hjlawfirm.com
Attorneys for Minnesota Bank & Trust
f/k/a Signature Bank

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Jointly Administered |
| | Chapter 11 Cases |
| Stinar HG, Inc., Case No. 17-31670 | Under Case No. 17-31670 (KHS) |
| Oakridge Holdings, Inc., Case No. 17-31669 | |
| Debtor. | |

_____

**UNSWORN DECLARATION OF SERVICE**
_____

I, Patricia May, declare under penalty of perjury, that on April 24, 2018, I mailed a copy of the foregoing Signature Bank's Objection to Debtor's Disclosure Statement and Proposed Plan Dated April 16, 2018, by first class mail, postage prepaid to each person or entity named below at the address stated below for each person or entity.

Robert Harvey, President
Stinar HG, Inc. d/b/a Stinar Corporation
Oakridge Holdings, Inc.
3255 Sibley Memorial Hwy
St. Paul, MN  55121

All ECF filing participants via ECF.


Dated:  April 24, 2018                             /s/Patricia May
                                                   Patricia May